**FILED**

11/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0290

IN THE SUPREME COURT OF THE STATE OF MONTANA
DA 23 0290

Robert D. Frisk,

|  |  |
|---|---|
| Plaintiff/Appellee | ORDER GRANING |
| vs. | APPELLEE'S SECOND EXTENTION |
|  | TO FILE OPENING BRIF |

John N. Thomas and Lori A. Thomas,

Defendants/Appellants.

Pursuant to the authority granted under Mont. R. App. P. 26(2), the Appellee is granted an extension of time up to and including December 30th , 2023, to prepare, file, and serve the Appellee's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 17 2023